1  Jack Silver (SBN: 160575)
   lhm28843@sbcglobal.net
2  Law Office of Jack Silver
   Post Office Box 5469
3  Santa Rosa, CA 95402
   Telephone: (707) 528-8175
4  Facsimile: (707) 528-8675

5  David J. Weinsoff (SBN: 141372)
   david@weinsofflaw.com
6  Law Office of David J. Weinsoff
   138 Ridgeway Avenue
7  Fairfax, CA 94930
   Telephone: (415) 460-9760
8  Facsimile: (415) 460-9762

9  Attorneys for Plaintiff
   CALIFORNIA RIVER WATCH
10
   Gregory J. Newmark (SBN: 190488)
11 gnewmark@meyersnave.com
   Sarah N. Olinger (SBN: 251546)
12 solinger@meyersnave.com
   MEYERS, NAVE, RIBACK, SILVER & WILSON
13 633 W. 5th Street, Suite 1700
   Los Angeles, California 90071
14 Telephone: (213) 626-2906
   Facsimile: (213) 626-0215
15
   Attorneys for Defendant
16 CITY OF LIVINGSTON

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| California River Watch, | Case No. 1:14-CV-00437-AWI-MJS |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER RE MODIFICATION OF SCHEDULING ORDER DEADLINES** |
| v. | |
| City of Livingston, | Judge: Hon. Anthony Ishii |
| Defendant. | Magistrate Judge: Hon. Michael Seng |
| | Scheduling Conference: |
| | Date: July 3, 2014 |
| | Time: 10:00 am |
| | Courtroom 6 |
| | Proposed New Date: July 31, 2014 |
| | Proposed New Time: 11:00 am |

1:14-CV-00437-AWI-MJS

STIPULATION AND [PROPOSED] ORDER RE MODIFICATION OF SCHEDULING ORDER DEADLINES

The Plaintiff, CALIFORNIA RIVER WATCH, and the Defendant, CITY OF LIVINGSTON, by and through their undersigned counsel of record, hereby stipulate and seek an Order from the Court to reschedule the date of the initial mandatory Scheduling Conference as set forth below:

WHEREAS, pursuant to the Court's Scheduling Order of March 26, 2014 (Dkt. No. 3) the current initial Scheduling Conference is scheduled for July 3, 2014, at 10:00 am before U.S. Magistrate Judge Seng;

WHEREAS, pursuant to the same Scheduling Order as well as Federal Rule of Civil Procedure 26, the parties are required to comply with the following schedule:

1.  Meet and confer on or before June 13, 2014;
2.  File a Joint Scheduling Report on or before June 26, 2014; and
3.  Attend initial Scheduling Conference on July 3, 2014.

WHEREAS, the above schedule cannot reasonably be met because David Weinsoff, counsel for Plaintiff, and Sarah Olinger, counsel for Defendant, will be out of town on pre-planned, pre-paid vacations during the month of June that cannot be changed.  More specifically, Mr. Weinsoff will be out of the country from June 10 through June 30, 2014, and Ms. Olinger will be unavailable from June 26 - July 2.  Although their absences end prior to the date of the initial Scheduling Conference, they will be unable to meaningfully participate in the development of the Joint Scheduling Report, including the Discovery Plan, and will have little time to prepare for the Scheduling Conference;

WHEREAS, it is in both parties' mutual interest to modify the Scheduling Order's deadlines to accommodate their counsel's unavailability, which will allow such counsel to have sufficient time to prepare the above-referenced documents as well as to prepare for the Scheduling Conference; and

WHEREAS, the parties have agreed that the deadlines in the Scheduling Order should be continued.

NOW THEREFORE, it is hereby stipulated by the parties that the Scheduling Order's deadlines should be modified as follows:

1. The initial Scheduling Conference should be continued to Thursday, July 31, 2014, at 11:00 am.
2. The parties will meet and confer pursuant to Federal Rule of Civil Procedure 26(f)(1) on or before Thursday, July 10, 2014.
3. The parties will prepare, execute, and file a Joint Scheduling Report on or before Thursday, July 24, 2014.
4. The parties will make Initial Disclosures on or before Thursday, July 24, 2014, unless a later date is agreed to in the Joint Scheduling Report.

**IT IS SO STIPULATED.**

DATED: May 2, 2014          LAW OFFICE OF DAVID J. WEINSOFF
                            LAW OFFICE OF JACK SILVER


                            By:     /s/ David J. Weinsoff
                                  David J. Weinsoff
                                  Jack Silver
                                  Attorneys for Plaintiff
                                  CALIFORNIA RIVER WATCH


DATED: May 2, 2014          MEYERS, NAVE, RIBACK, SILVER &
                            WILSON


                            By:     /s/ Gregory J. Newmark
                                  Gregory J. Newmark
                                  Attorneys for Defendant
                                  CITY OF LIVINGSTON

**ORDER**

Having considered the Stipulation of the parties, and GOOD CAUSE appearing, this Court hereby approves the foregoing stipulation and modifies the Scheduling Order deadlines in this matter as follows:

1. The initial Scheduling Conference will be continued to Thursday, July 31, 2014, at 11:00 am in Courtroom 6.
2. The parties will meet and confer pursuant to Federal Rule of Civil Procedure 26(f)(1) on or before Thursday, July 10, 2014.
3. The parties will prepare, execute, and file a Joint Scheduling Report on or before Thursday, July 24, 2014.
4. The parties will make Initial Disclosures on or before Thursday, July 24, 2014, unless a later date is agreed to in the Joint Scheduling Report.

All other prior dates are vacated.

IT IS SO ORDERED.

Dated:   May 5, 2014                    /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE