Jack Silver (SBN: 160575)
lhm28843@sbcglobal.net
Law Office of Jack Silver
Post Office Box 5469
Santa Rosa, CA 95402
Telephone: (707) 528-8175
Facsimile: (707) 528-8675

David J. Weinsoff (SBN: 141372)
david@weinsofflaw.com
Law Office of David J. Weinsoff
138 Ridgeway Avenue
Fairfax, CA 94930
Telephone: (415) 460-9760
Facsimile: (415) 460-9762

Attorneys for Plaintiff
CALIFORNIA RIVER WATCH

Gregory J. Newmark (SBN: 190488)
gnewmark@meyersnave.com
Sarah N. Olinger (SBN: 251546)
solinger@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
633 W. 5th Street, Suite 1700
Los Angeles, California 90071
Telephone: (213) 626-2906
Facsimile: (213) 626-0215

Attorneys for Defendant
CITY OF LIVINGSTON

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| California River Watch,<br><br>      Plaintiff,<br><br>v.<br><br>City of Livingston,<br><br>      Defendant. | Case No. 1:14-CV-00437-AWI-MJS<br><br>**STIPULATION AND ORDER RE FURTHER MODIFICATION OF SCHEDULING ORDER DEADLINES**<br><br>Judge: Hon. Anthony Ishii<br>Magistrate Judge: Hon. Michael Seng<br><br><u>Scheduling Conference:</u><br>Date: July 31, 2014<br>Time: 11:00 am<br>Courtroom 6<br><br>Proposed New Date: September 5, 2014<br>Proposed New Time: 11:00 am |

The Plaintiff, CALIFORNIA RIVER WATCH, and the Defendant, CITY OF LIVINGSTON, by and through their undersigned counsel of record, hereby stipulate and seek an Order from the Court to reschedule the date of the initial mandatory Scheduling Conference and related deadlines as set forth below:

WHEREAS, pursuant to Stipulation and Order re Modification of Scheduling Order Deadlines signed by the Court on May 5, 2014 (Dkt. No. 7), the current initial Scheduling Conference is scheduled for July 31, 2014, at 11:00 a.m. before U.S. Magistrate Judge Seng;

WHEREAS, the parties have commenced settlement negotiations and productive settlement negotiations are ongoing;

WHEREAS, pursuant to Federal Rule of Civil Procedure 26(f)(1), the parties met and conferred on July 10, 2014;

WHEREAS, during their meet and confer, the parties agreed that postponing the initial Scheduling Conference would allow the parties to focus on settlement negotiations;

WHEREAS, the parties have agreed that the date of the initial Scheduling Conference, as well as the deadlines for filing the Joint Scheduling Report and Initial Disclosures, should be continued as set forth herein; and

WHEREAS, the parties have already modified the date of the initial Scheduling Conference by an extension of twenty-eight days, and are now seeking an additional extension of thirty-six days.

NOW THEREFORE, it is hereby stipulated by the parties that the following deadlines should be modified as follows:

1. The initial Scheduling Conference may be continued to Friday, September 5, 2014, at 11:00 am in Courtroom 6.
2. The parties will prepare, execute, and file a Joint Scheduling Report on or before Friday, August 29, 2014.
3. The parties will defer making Initial Disclosures unless and until one

party serves written notice on the other party to commence the exchange of Initial Disclosures, and such Initial Disclosures shall be made within thirty (30) calendar days after service of such notice.

**IT IS SO STIPULATED.**

DATED: July 18, 2014          LAW OFFICE OF DAVID J. WEINSOFF
                              LAW OFFICE OF JACK SILVER


                              By:      /s/ David J. Weinsoff
                                  David J. Weinsoff
                                  Jack Silver
                                  Attorneys for Plaintiff
                                  CALIFORNIA RIVER WATCH


DATED: July 18, 2014          MEYERS, NAVE, RIBACK, SILVER & WILSON


                              By:      /s/ Gregory J. Newmark
                                  Gregory J. Newmark
                                  Attorneys for Defendant
                                  CITY OF LIVINGSTON

**ORDER**

Having considered the Stipulation of the parties, and GOOD CAUSE appearing, this Court hereby approves the foregoing stipulation and modifies the scheduling deadlines in this matter as follows:

1. The initial Scheduling Conference is hereby continued to Friday, September 5, 2014, at 11:00 am in Courtroom 6.
2. The parties will prepare, execute, and file a Joint Scheduling Report on or before Friday, August 29, 2014.
3. The parties will defer making Initial Disclosures unless and until one party serves written notice on the other party to commence the exchange of Initial Disclosures, and such Initial Disclosures shall be made within thirty (30) calendar days after service of such notice.

All other prior dates are vacated.

IT IS SO ORDERED.

Dated:   July 18, 2014                         /s/ *Michael J. Seng*
                                                              UNITED STATES MAGISTRATE JUDGE