Jack Silver (SBN 160575)
lhm28843@sbcglobal.net
Law Office of Jack Silver
Post Office Box 5469
Santa Rosa, CA 95402
Telephone: (707) 528-8175
Facsimile: (707) 528-8675

David J. Weinsoff (SBN 141372)
david@weinsofflaw.com
Law Office of David J. Weinsoff
138 Ridgeway Avenue
Fairfax, CA 94930
Telephone: (415) 460-9760
Facsimile: (415) 460-9762

Attorneys for Plaintiff
CALIFORNIA RIVER WATCH

Gregory J. Newmark (SBN 190488)
gnewmark@meyersnave.com
Sarah N. Olinger (SBN 251546)
solinger@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
633 W. 5th Street, Suite 1700
Los Angeles, CA 90071
Telephone: (213) 626-2906
Facsimile: (213) 626-0215

Attorneys for Defendant
CITY OF LIVINGSTON

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| CALIFORNIA RIVER WATCH,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF LIVINGSTON,<br><br>    Defendant. | Case No. 1:14-CV-00437-AWI-MJS<br><br>**STIPULATION AND ORDER REGARDING FURTHER MODIFICATION OF SCHEDULING ORDER DEADLINES**<br><br>Judge: Hon. Anthony Ishii<br>Magistrate Judge: Hon. Michael Seng<br><br>Date: September 5, 2014<br>Time: 11:00 am<br>Courtroom 6 |

Plaintiff CALIFORNIA RIVER WATCH and Defendant CITY OF LIVINGSTON, by and through their undersigned counsel of record, hereby stipulate and seek an order from the court to reschedule the date of the initial mandatory Scheduling Conference and related deadlines as set forth below:

WHEREAS, pursuant to the Stipulation and Order regarding Further Modification of Scheduling Order Deadlines signed by the court on July 18, 2014, (Dkt. No. 10), the current initial Scheduling Conference is scheduled for September 5, 2014, at 11:00 a.m. before U.S. Magistrate Judge Seng;

WHEREAS, the parties have reached settlement of all but one remaining term in their settlement negotiations;

WHEREAS, the parties have agreed that postponing the initial Scheduling Conference would allow the parties to focus on and finalize settlement negotiations;

WHEREAS, the parties have agreed that the date of the initial Scheduling Conference, as well as the deadlines for filing the Joint Scheduling Report and Initial Disclosures, should be continued as set forth herein; and

WHEREAS, the parties have already modified the date of the initial Scheduling Conference by an extension of thirty-six days, and are now seeking an additional thirty-four days.

NOW THEREFORE, it is hereby stipulated by the parties that the following deadlines should be modified as follows:

1. The initial Scheduling Conference may be continued to Thursday, October 9, 2014, at 10:30 am in Courtroom 6.

2. The parties will prepare, execute and file a Joint Scheduling Report on or before Thursday, October 2, 2014.

////
////
////

STIPULATION & [PROPOSED] ORDER RE MODIFICATION OF SCHEDULING ORDER          2

3. The parties will continue to defer making Initial Disclosures unless and until one party serves written notice on the other party to commence the exchange of Initial Disclosures, and such Initial Disclosures shall be made within thirty (30) calendar days after service of such notice.

**IT IS SO STIPULATED.**

LAW OFFICE OF DAVID J. WEINSOFF
LAW OFFICE OF JACK SILVER

Dated: August 27, 2014    By: /s/ David J. Weinsoff (as authorized on 8/26/14)
　　　　　　　　　　　　　　David J. Weinsoff
　　　　　　　　　　　　　　Jack Silver
　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　CALIFORNIA RIVER WATCH

MEYERS, NAVE, RIBACK, SILVER & WILSON

Dated: August 27, 2014    By:   /s/ Sarah N. Olinger
　　　　　　　　　　　　　　Sarah N. Olinger
　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　CITY OF LIVINGSTON

## ORDER

For good cause shown, the above Stipulation is adopted and its terms made an Order of this Court.

IT IS SO ORDERED.

Dated:   August 31, 2014          /s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

STIPULATION & [PROPOSED] ORDER RE MODIFICATION OF SCHEDULING ORDER    3

**ORDER**

Having considered the Stipulation of the parties, and GOOD CAUSE appearing, this Court hereby approves the foregoing stipulation and modifies the scheduling deadlines in this matter as follows:

1. The initial Scheduling Conference is hereby continued to Thursday, October 23, 2014, at 10:30 am in Courtroom 6.

2. The parties will prepare, execute and file a Joint Scheduling Report on or before Thursday, October 2, 2014.

3. The parties will continue to defer making Initial Disclosures unless and until one party serves written notice on the other party to commence the exchange of Initial Disclosures, and such Initial Disclosures shall be made within thirty (30) calendar days after service of such notice.

All other prior dates are vacated.