1  Jack Silver, Esq. SB #160575
   E-mail: lhm28843@sbcglobal.net
2  Law Office of Jack Silver
   Post Office Box 5469
3  Santa Rosa, CA 95402-5469
   Tel.(707) 528-8175
4  Fax.(707) 528-8675

5  David J. Weinsoff, Esq. SB #141372
   Email: david@weinsofflaw.com
6  Law Office of David J. Weinsoff
   138 Ridgeway Avenue
7  Fairfax, CA 94930
   Tel. (415) 460-9760
8  Fax. (415) 460-9762

9  Attorneys for Plaintiff
   CALIFORNIA RIVER WATCH

FILED
SEP 24 2014
CLERK
EASTERN DISTRICT COURT
DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIVER WATCH a 501(c)(3),non-profit, Public Benefit Corporation, <br><br> Plaintiff, <br> v. <br><br> CITY OF LIVINGSTON and DOES 1- 10, Inclusive, <br><br> Defendant. | CASE NO.: 1:14-cv-00437-AWI-MJS <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE** <br> **[FRCP § 41(a)(1)(ii)]** <br><br> Initial Scheduling Conf. - 10-09-14 |

IT IS HEREBY STIPULATED by and between plaintiff CALIFORNIA RIVER WATCH and defendant CITY OF LIVINGSTON, by and through their counsel of record, that the above-captioned action, as to all parties and all causes of action, is hereby dismissed with prejudice, each party hereto to bear its own costs and attorney's fees. The parties warrant that they have each authorized their respective counsel to sign this Stipulation For Dismissal on their behalf.

DATED: September 11, 2014          MEYERS NAVE

                                   By: /s/ Sarah N. Olinger
                                       Sarah N. Olinger
                                       Attorney for Defendant
                                       CITY OF LIVINGSTON

Stipulation for Dismissal With Prejudice
1:14-cv-00437-AWI-MJS

Case 1:14-cv-00437-AWI-MJS   Document 13   Filed 09/12/14   Page 2 of 2

1  In addition to stipulating to the above, I, Jack Silver, attest that concurrence in the filing
2  of this Stipulation has been obtained from each of the signatories to this document. I declare
3  under penalty of perjury under the laws of the United States of America that the foregoing is true
4  and correct. Executed this 11th day of September, 2014.

LAW OFFICE OF JACK SILVER

By: */s/ Jack Silver*
    Jack Silver
    Attorney for Plaintiff
    CALIFORNIA RIVER WATCH

It is so Ordered. Dated: 9-29-14

_____
United States District Judge

Stipulation for Dismissal With Prejudice
1:14-cv-00437-AWI-MJS